# Exhibit A
# Letter to AUSA
# April 23, 2025

Letter to AUSA Civil Division



2400 N Glenville Drive
Richardson, TX 75082
**P:** +1-469-654-3200
**BAL.com**

April 23, 2025

Richard Hayes
Chief of the Civil Division
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn NY 11201

*Delivered by electronic mail to* Richard.Hayes@usdoj.gov

　　　Re:　　Student Doe #1 v. Donald J. Trump, et al.

Dear Mr. Hayes:

I represent the plaintiff in the above action, who is proceeding under the pseudonym Student Doe #1. The plaintiff's complaint for Declaratory and Injunctive Relief, Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Proceed under Pseudonym are attached and will be filed tomorrow.

Thank you and please don't hesitate to contact me at (720) 273-4647 with any questions or concerns.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　Jeff Joseph

POWERING HUMAN ACHIEVEMENT