UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STUDENT DOE #1,

        Plaintiff,

v.

DONALD J. TRUMP, WILLIAM JOYCE, TODD M. LYONS, and KRISTI NOEM,

        Defendants.

**TEMPORARY RESTRAINING ORDER**
25-CV-2264 (HG)

---

**HECTOR GONZALEZ**, United States District Judge:

**WHEREAS**, upon review of Plaintiff's motion for a temporary restraining order, ECF No. 3, the accompanying declarations and the exhibits attached thereto, the memorandum of law submitted in support, as well as the parties' arguments raised during the April 25, 2025, hearing on Plaintiff's motion; and

**WHEREAS**, the Court finds that Plaintiff has shown by a preponderance of the evidence a likelihood of success on the merits of Plaintiff's claims, that Plaintiff will likely suffer irreparable harm which cannot be remedied by money damages, and that the balance of hardships and public interest weigh in favor of temporary injunctive relief; it is hereby

**ORDERED** that Defendants are enjoined for 14 days from arresting and detaining Plaintiff pending these proceedings, transferring Plaintiff away from the jurisdiction of this District pending these proceedings, or removing Plaintiff from the United States pending these proceedings; and it is further

**ORDERED** that Defendants are enjoined for 14 days from directly or indirectly enforcing, implementing, or otherwise taking any action or imposing any legal consequences that

otherwise may be caused by the termination of Plaintiff's Student and Exchange Visitor Information System ("SEVIS") status or the revocation of Plaintiff's F-1 visa; and it is further

**ORDERED** that Counsel for the parties shall meet and confer and propose a briefing schedule to this Court on or before April 30, 2025, on any remaining issues pertaining to Plaintiff's Complaint and Plaintiff's Motion for Preliminary Injunction.

SO ORDERED.

                                                   */s/ Hector Gonzalez*
                                                    HECTOR GONZALEZ
                                                    United States District Judge

Dated: Brooklyn, New York
       April 25, 2025